ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
  A Professional Corporation
MARK ALBRIGHT
gma@albrightstoddard.com
801 S. Rancho Drive
Building D
Las Vegas, Nevada 89106
Telephone:  702-384-7111
Facsimile:   702-384-0605

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY P. BARBEE, Cal. Bar No. 185156
gbarbee@sheppardmullin.com (admitted *pro hac vice*)
BETHANY L. HENGSBACH, Cal. Bar No. 243958
bhengsbach@sheppardmullin.com (admitted *pro hac vice*)
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:  213-620-1780
Facsimile:   213-620-1398

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| STEVEN KLEIN, WILLIAM J. BROOKSBANK, DONAVON JOHNSON, KEVIN BURK, JACK WHISLER, and JOSEPH F. MANNIX, individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM STRATEGIC PARTNERS, LLC, JOVAN VERCEL, JR., KENNETH M. WIDNER, FREEDOM WIRELESS, INC., DOUGLAS V. FOUGNIES, and LARRY L. DAY,<br><br>Defendants. | Case No. 2:08-CV-01369-PMP-PAL<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR FREEDOM STRATEGIC PARTNERS, LLC, JOVAN VERCEL, JR., AND KENNETH M. WIDNER, AND [PROPOSED] ORDER APPROVING STIPULATION**<br><br>[Complaint Filed:  August 29, 2008] |

W02-WEST:1CEH1\401639536.2

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule IA |
| 2 | 10-6(c), by and among the undersigned parties that H. MICHAEL CLYDE of Perkins Coie |
| 3 | Brown & Bain P.A. shall be substituted as counsel for defendants FREEDOM |
| 4 | STRATEGIC PARTNERS, LLC, JOVAN VERCEL, JR., and KENNETH M. WIDNER, |
| 5 | in the place and stead of GREGORY P. BARBEE and BETHANY L. HENGSBACH of |
| 6 | Sheppard, Mullin, Richter & Hampton LLP and MARK ALBRIGHT of Albright, |
| 7 | Stoddard, Warnick & Albright, P.C. |

DATED this 2nd day of July, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Bethany L. Hengsbach
       GREGORY P. BARBEE
       BETHANY L. HENGSBACH

DATED this 2nd day of July, 2009

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, P.C.

By  /s/ Mark Albright
       MARK ALBRIGHT

DATED this 2nd day of July, 2009

PERKINS COIE BROWN & BAIN P.A.

By  /s/ H. Michael Clyde
       H. MICHAEL CLYDE

-1-

Freedom Strategic Partners, LLC, Jovan Vercel, Jr., and Kenneth M. Widner hereby consent to the substitution of Perkins Coie Brown & Bain P.A., in the place and stead of Sheppard, Mullin, Richter & Hampton, LLP and Albright, Stoddard, Warnick & Albright P.C. as their attorneys of record in the above-captioned case.

DATED this 2 day of July, 2009

FREEDOM STRATEGIC PARTNERS, LLC

By _____ MANAGER
JOVAN VERCEL, Manager
JR.

DATED this 2 day of July, 2009

By _____
JOVAN VERCEL, JR.

DATED this 2 day of July, 2009

By _____
KENNETH M. WIDNER

* * * * *

The Court has reviewed the foregoing stipulation and good cause exists to grant the stipulation.

WHEREFORE, IT IS HEREBY ORDERED that H. MICHAEL CLYDE of Perkins Coie Brown & Bain P.A. shall be substituted as counsel for defendants

W02-WEST:1CEH1\401639536.2

FREEDOM STRATEGIC PARTNERS, LLC, JOVAN VERCEL, JR., and KENNETH M. WIDNER.

IT IS SO ORDERED:

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

DATED: _____

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **July 2, 2009**, I electronically filed the below named document(s) entitled:

**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR FREEDOM STRATEGIC PARTNERS, LLC, JOVAN VERCEL, JR., AND KENNETH M. WIDNER, AND [PROPOSED] ORDER APPROVING STIPULATION**

with the Clerk of Court using the CM/ECF filing system. The foregoing document(s) was served via the United States District Court CM/ECF system on all parties or persons requesting notice:

- J. James Christian
  jjc@tblaw.com

- Richard G. Himelrick
  rgh@tblaw.com

- Andrew S. Friedman
  afriedman@bffb.com

- Francis J. Balint
  fbalint@bffb.com

- Robert C. Maddox
  rmaddox@maddoxandassociates.com

- Troy L. Isaacson
  TIsaacson@maddoxandassociates.com

- Mark Albright
  gma@albrightstoddard.com

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 2, 2009**, at Los Angeles, California.

_/s/ Rose A. Jauregui_
Rose A. Jauregui