# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

STEVEN KLEIN, WILLIAM J. BROOKSBANK, DONAVON JOHNSON, KEVIN BURK, JACK WHISLER, JOSEPH F. MANNIX, and all others similarly situated,

Plaintiffs,

vs.

FREEDOM STRATEGIC PARTNERS, LLC; FREEDOM WIRELESS, INC.; JOVAN VERCEL, JR., KENNETH M. WIDNER; LARRY L. DAY; and DOUGLAS V. FOUGNIES,

Defendants.

AND ALL RELATED ACTIONS.

2:08-CV-01369-PMP-GWF

**ORDER**

The Court having preliminarily approved Plaintiffs' Motion for Class Action Settlement (Doc. #281) and having further Ordered that a variety of motions be deemed withdrawn as a result of the settlement (Doc. #280), and it appearing that there remain pending five additional motions to seal which are effectively rendered moot by the settlement of this action, and good cause appearing,

**IT IS ORDERED that** Motions to Seal (Doc. #200, #214, #220, #238, and #240, shall also be deemed withdrawn without prejudice.

DATED: May 5, 2010.

_____
PHILIP M. PRO
United States District Judge