**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN KLEIN, WILLIAM J. BROOKSBANK, DONAVON JOHNSON, KEVIN BURK, and JOSEPH F. MANNIX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM STRATEGIC PARTNERS, LLC, JOVAN VERCEL, JR., KENNETH M. WIDNER, FREEDOM WIRELESS, INC., DOUGLAS V. FOUGNIES, and LARRY L. DAY,<br><br>Defendants. | Case No. 2:08-cv-1369-PMP-PAL<br><br>**ORDER GRANTING MOTION TO DISBURSE REMAINDER OF SETTLEMENT FUNDS** |

This matter is before the court on Motion to Disburse Remainder of Settlement Funds filed by Plaintiffs.

Having reviewed and considered the Motion, and good cause appearing,

IT IS ORDERED:

(1) allowing the remaining settlement funds to be disbursed on a *per-capita* basis through a Second Settlement Distribution to each of the 1,800 Class members who cashed their original settlement checks, and

(2) allowing any settlement funds remaining after the Second Settlement Distribution to be paid as a *cy pres* distribution to the Legal Aid Center of Southern Nevada.

SO ORDERED this 5th day of December, 2012.

*(signature)*

Honorable Philip M. Pro
United States District Court Judge

14692-001  526953

- 1 -